UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| Sixteen Thousand, Five Hundred Thirty Eight Dollars | ) |
| ($16,538.00) in U.S. Currency, more or less; | ) |
| | ) |
| One Thousand One Hundred Sixty Five Dollars | ) |
| ($1,165.00) in U.S. Currency, more or less; and | ) |
| | ) |
| Nine Hundred Fifty Eight Dollars ($958.00) in | ) |
| U.S. Currency, more or less, all seized from in and around | ) |
| 276 Central Street, Manchester, NH, | ) |
| | ) |
| Defendants *in rem*. | ) |
| _____ | ) |

SUMMONS AND WARRANT OF ARREST IN REM
FOR ISSUANCE BY THE CLERK OF COURT FOR PROPERTY
WITHIN THE UNITED STATES' POSSESSION, CUSTODY OR CONTROL
<u>PURSUANT TO SUPPLEMENTAL RULE G(3)(b)(I)</u>

To the United States Marshals Service (USMS), or any duly authorized Federal Law Enforcement Officer for the District of New Hampshire:

Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims, a Verified Complaint for Forfeiture *in rem* has been filed on January 5, 2021, in the U.S. District Court for the District of New Hampshire, alleging that the defendants *in rem*, (A) Sixteen Thousand, Five Hundred Thirty Eight Dollars ($16,538.00) in U.S. Currency, more or less; (B) One Thousand One Hundred Sixty Five Dollars ($1,165.00) in U.S. Currency, more or less; and (C) Nine Hundred Fifty Eight Dollars ($958.00) in U.S. Currency, more or less, all seized from in and around 276 Central Street, Manchester, New Hampshire, are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

THEREFORE, YOU ARE COMMANDED to seize the captioned defendants *in rem*, and use discretion and whatever means appropriate to protect and maintain the properties pending the outcome of this action;

IT IS FURTHER ORDERED that the USMS shall maintain custody of the defendants *in rem* until further order of this Court, and shall use his discretion and whatever means appropriate to protect and maintain said defendants *in rem*;

IT IS FURTHER ORDERED that the United States shall serve upon all potential claimants to the defendants *in rem*, a copy of this Summons and Warrant of Arrest *in rem*, and the Verified Complaint for Forfeiture *in rem*, in a manner consistent with the principles of service of process in an action *in rem* under Supplemental Rule G and other Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18, United States Code, Section 983(a);

IT IS FURTHER ORDERED that a return of this Summons and Warrant of Arrest *in rem* shall be promptly made to the Court, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants *in rem* shall file their verified claim within thirty-five (35) days after the date on which they were sent the Notice of Complaint or the final publication of notice of the filing of the Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to Title 18, United States Code, Section 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their answer to the Complaint within twenty-one (21) days after the filing of their verified claim, pursuant to Rule G(4)(b)(ii)( C) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Office of the Clerk, United States District Court for the District of New

Hampshire, with a copy sent to Assistant United States Attorney Robert J. Rabuck, United States Attorney's Office, District of New Hampshire, 53 Pleasant Street, Concord, NH  03301.

Dated:

                                          DANIEL J. LYNCH, CLERK